# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:19-cr-00101  **Type:** Criminal
**Caption:** USA v. Marc Spelar  **Judge:** Eifert

**Started:** 4/18/2019 3:29:46 PM
**Ends:** 4/18/2019 4:03:49 PM  **Length:** 00:34:04

Judge: Cheryl A. Eifert
Courtroom Deputy: Heidi K. Liebegott
Law Clerk: Caleb Elwell
AUSA: Ryan A. Keefe
AUSA: Gregory McVey
Probation Officer: Erin Stone
FPD: Lex A. Coleman
Defendant: Marc Spelar

| Time | Event |
|---|---|
| 3:29:53 PM | **ARRAIGNMENT** |
| 3:30:42 PM | Called case, noted appearances of counsel, defendant present in courtroom |
| 3:30:53 PM | Defendant: Marc Spelar |
| 3:30:54 PM | Stated personal information |
| 3:31:19 PM | Defendant placed under oath by Courtroom Deputy |
| 3:31:21 PM | Judge: Cheryl A. Eifert |
| 3:31:22 PM | Stated rights of defendant and defendant acknowledged these rights |
| 3:31:29 PM | Questions defendant about indictment related matters |
| 3:31:53 PM | Stated violations in charging document & possible penalties |
| 3:33:20 PM | Questions defendant about indictment related matters |
| 3:33:25 PM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 3:33:26 PM | Judge: Cheryl A. Eifert |
| 3:33:27 PM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 3:34:11 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 3:34:26 PM | **DETENTION HEARING** |
| 3:34:31 PM | AUSA: Ryan A. Keefe |
| 3:34:43 PM | Proffer of counsel as to detention |
| 3:35:47 PM | FPD: Lex A. Coleman |
| 3:35:50 PM | Calls Witness: Dorothy Frazier |
| 3:36:29 PM | Witness placed under oath by Courtroom Deputy |
| 3:36:31 PM | FPD: Lex A. Coleman |
| 3:36:32 PM | Direct examination of witness |
| 3:41:20 PM | AUSA: Ryan A. Keefe |
| 3:41:27 PM | Cross examination of witness |
| 3:42:05 PM | FPD: Lex A. Coleman |
| 3:42:06 PM | Cross examination of witness |
| 3:42:32 PM | Judge: Cheryl A. Eifert |
| 3:42:33 PM | Witness excused |
| 3:42:38 PM | FPD: Lex A. Coleman |
| 3:42:39 PM | Calls Witness: Melissa Spelar |
| 3:43:12 PM | Witness placed under oath by Courtroom Deputy |
| 3:43:32 PM | FPD: Lex A. Coleman |
| 3:43:34 PM | Direct examination of witness |
| 3:48:10 PM | AUSA: Ryan A. Keefe |
| 3:48:11 PM | Cross examination of witness |
| 3:49:09 PM | FPD: Lex A. Coleman |
| 3:49:10 PM | Cross examination of witness |
| 3:50:52 PM | Judge: Cheryl A. Eifert |
| 3:50:53 PM | Witness excused |
| 3:51:10 PM | FPD: Lex A. Coleman |
| 3:51:12 PM | Explains exhibits that he wishes to use |
| 3:51:46 PM | AUSA: Ryan A. Keefe |
| 3:51:47 PM | Objection to the use of exhibits |

| Time | Event |
|---|---|
| **3:52:06 PM** | FPD: Lex A. Coleman |
| **3:52:06 PM** | Responds to objection |
| **3:52:39 PM** | Judge: Cheryl A. Eifert |
| **3:52:41 PM** | Objection sustained; exhibits not pertinent |
| **3:53:18 PM** | AUSA: Ryan A. Keefe |
| **3:53:23 PM** | Statement in support of detention |
| **3:54:38 PM** | FPD: Lex A. Coleman |
| **3:54:56 PM** | Statement in support of bond |
| **3:58:48 PM** | Judge: Cheryl A. Eifert |
| **3:59:05 PM** | Ordered the defendant released on a $10,000 unsecured appearance bond with order setting conditions of release |
| **4:02:52 PM** | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| **4:03:42 PM** | Hearing Adjourned |